UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **LAKE BISTINEAU ROYALTY COMPANY, L.L.C.** | **CIVIL ACTION NO. 15-00414** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **CHESAPEAKE LOUISIANA, L.P., CHESAPEAKE OPERATING, L.L.C., JAMESTOWN RESOURCES, L.L.C., FREEPORT-MCMORAN OIL & GAS, LLC, and PXP LOUISIANA L.L.C.** | **MAGISTRATE MARK L. HORNBY** |

### JAMESTOWN RESOURCES, L.L.C'S CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6W, Defendant Jamestown Resources, L.L.C. ("Jamestown") certifies that it is a limited liability company whose members are Aubrey K. McClendon and Kathleen B. McClendon. There is no publicly held corporation that owns ten (10) percent or more of Jamestown.

Respectfully submitted,

**GORDON, ARATA, MCCOLLAM, DUPLANTIS & EAGAN, LLC**

By: /s/ Scott A. O'Connor
Scott A. O'Connor (La. Bar No. 19723), TA
Dana E. Dupre (La. Bar No. 31143)
Alex B. Rothenberg (La. Bar No. 34740)
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Telephone: (504) 582-1111
Email: soconnor@gordonarata.com
Email: ddupre@gordonarata.com
Email: arothenberg@gordonarata.com

**Attorneys for Jamestown Resources, L.L.C.**

## **CERTIFICATE OF SERVICE**

      I certify that on April 1, 2015, I electronically filed the foregoing with the clerk of court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                    **/s/ Scott A. O'Connor**
                                    Scott O'Connor (19723)