# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| LAKE BISTINEAU ROYALTY CO., LLC | CIVIL ACTION NO. 15-0414 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHESAPEAKE LOUISIANA, LP, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this court has subject-matter jurisdiction in this case based on complete diversity of citizenship and more than $75,000 in controversy. This determination is based on the statement in Mullins v. TestAmerica, Inc., 564 F.3d 386, 397 n. 6 (5th Cir. 2009) that "citizenship of a trust is that of its trustee."

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 16th day of October, 2015.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE